**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA/GMP
F.#2009R01786

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 22, 2010

**BY ECF**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Bana, et al.
          Criminal Docket No. 09-672 (S-1)(NGG)

Dear Judge Garaufis:

    The government respectfully submits this letter in regard to the upcoming status conference in the above-referenced matter. To date, the government has consulted with all defense counsel, who have consented to the brief adjournment that the government requested by letter dated July 20, 2010. In accordance with the Court's request, the government has contacted all defense counsel regarding the Court's adjournment of the status conference to August 10, 2010 at 11 a.m., which the Court advised would be the new date and time for the status conference.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

            By:   /s/
                  Nicole M. Argentieri
                  Gina M. Parlovecchio
                  Assistant U.S. Attorney
                  (718) 254-6232/6228

cc:  Defense Counsel (By ECF)