**Michael L. Galeno, Esq.**
**2 Wall Street – 20th Floor**
**New York, NY 10005**
**Phone (718) 848-5286**
**Fax (718) 323-2786**

March 31, 2011

*Via facsimile to (718) 613-2546 and ECF*
The Honorable Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re: United States v. Peter DeFillipo
         Criminal Docket No. 09-672 (NGG)

Dear Judge Garaufis:

 Thank you for granting my request for an adjournment of Peter DeFillipo's sentencing from April 1, 2011 to April 15, 2011, at 9:30 AM. Again, thank you for your consideration.

          Respectfully yours,

          Michael L. Galeno

cc: Government Counsel