**Michael L. Galeno, Esq.**
**2 Wall Street – 20th Floor**
**New York, NY 10005**
**Phone (718) 848-5286**
**Fax (718) 323-2786**

September 13, 2011

*Via facsimile to (718) 613-2546 and ECF*

The Honorable Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      **Re:**    **United States v. Peter DeFillipo**
               **Criminal Docket No. 09-672 (NGG)**

Dear Judge Garaufis:

      I respectfully submit this letter to request that Mr. Peter DeFillipo be permitted to attend the following family event:

      **Friday, September 16, 2011, 5:30 PM to 11:30 PM**: Engagement Dinner at the home of his brother and sister-in-law, Anthony and Gina Peluso. The Peluso's are sureties on Mr. DeFillipo's bond. The address is 270 Willard Avenue, Staten Island, New York.

      I have contacted AUSA Nicole Argentieri and she has informed me that she "takes no position" on this request.

      If permitted, Mr. DeFilippo will contact pre-trial services to schedule time and travel details for this event. Thank you in advance for your consideration of this request.

                                            Respectfully yours,

                                            Michael L. Galeno

cc: Government Counsel